UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

Yolanda Walker ,

    Debtor.

Case No. 21−30214
Chapter 13

## ORDER CONFIRMING PLAN

The debtor's plan filed on February 4, 2021, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated April 12, 2021

William R. Sawyer
United States Bankruptcy Judge

United States Bankruptcy Court
Middle District of Alabama

In re: Case No. 21-30214-WRS
Yolanda Walker Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2021 | Form ID: van297a | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yolanda Walker, PO Box 3944, Montgomery, AL 36109-0944 |
| 4532469 | + | Lendumo, PO BOX 542, Lac Du Flambeau, WI 54538-0542 |
| 4532470 | + | Lillie Holly, PO Box 185, Union Springs, AL 36089-0185 |
| 4532471 | + | Main Drug Store, 302 N Prairie St, Union Springs, AL 36089-1417 |
| 4532472 | + | Montgomery Radiology Assoc c/o, Cloud Willis & Ellis, 3928 Montclair Road, Ste 227, Birmingham, AL 35213-2435 |
| 4532475 | + | Target Finance, PO Box 581, Hays, MT 59527-0581 |
| 4532476 | + | Tuscany at Mid-Town, 4054 Beth Manor Drive, Montgomery, AL 36109-5302 |
| 4532477 | + | Tuscany at Midtown Apartments, 4054 Beth Manor Drive, Montgomery, AL 36109-5302 |
| 4532478 | + | World Acceptance Corporation of Alabama, 2761 Eastern Blvd, Montgomery, AL 36117-1549 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4534707 | + | Email/Text: G2APCBANK@southernco.com | Apr 12 2021 20:56:00 | ALABAMA POWER COMPANY, ATTN: BARBARA J RICE, 600 NORTH 18TH STREET, BOX 17N-0043, BIRMINGHAM, AL 35203-2200 |
| 4532466 | + | Email/Text: G2APCBANK@southernco.com | Apr 12 2021 20:56:00 | Alabama Power Company, 200 Dexter Avenue, Montgomery, AL 36104-3739 |
| 4532467 | + | Email/Text: bankruptcy@car-mart.com | Apr 12 2021 20:55:00 | America's Car-Mart Inc., P O Box 2580, Bentonville, AR 72712-7701 |
| 4541765 | + | Email/Text: bankruptcy@car-mart.com | Apr 12 2021 20:55:00 | Americas Car-Mart INC, 1805 N 2nd ST STE 401, Rogers, AR 72756-2423 |
| 4532473 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 12 2021 20:58:27 | Navy Federal Credit Union, P.O. Box 3700, Merrifield, VA 22119-3700 |
| 4535660 | | Email/Text: smbk@smcredit.com | Apr 12 2021 20:54:00 | COVINGTON CREDIT AL0011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602 |
| 4532468 | | Email/Text: smbk@smcredit.com | Apr 12 2021 20:54:00 | Covington Credit, 543 N Eastern Blvd, Montgomery, AL 36117 |
| 4532474 | + | Email/Text: bankruptcy@speedyinc.com | Apr 12 2021 20:55:00 | Speedy Cash, 1501 Eastern Blvd, Montgomery, AL 36117-1605 |
| 4538796 | + | Email/Text: bankruptcy@speedyinc.com | Apr 12 2021 20:55:00 | Speedy/Rapid Cash, P.O. Box 780408, wichita, KS 67278-0408 |
| 4542936 | + | Email/PDF: bk@worldacceptance.com | Apr 12 2021 21:39:39 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| C. Brandon Sellers | on behalf of Debtor Yolanda Walker bankruptcy@sellerslawfirm.com  mmcclure@sellerslawfirm.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 3